IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| WAHOO FITNESS L.L.C., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 22-1296 (CFC) |
| | ) |
| JETBLACK CYCLING PTY LTD, | ) |
| | ) |
| Defendant. | ) |

## NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff Wahoo Fitness L.L.C. ("Plaintiff") hereby gives notice that this action is voluntarily dismissed. Defendant has not served an answer or motion for summary judgment in this action. Accordingly, Plaintiff notices voluntary dismissal of this action, without prejudice. *See* Fed. R. Civ. P. 41(a)(1)(B).

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

OF COUNSEL:

Matthew L. Cutler
Douglas A. Robinson
HARNESS IP
7700 Bonhomme Ave., Suite 400
Clayton, MO 63038
(314) 726-7600
mcutler@harnessip.com
drobinson@harnessip.com

/s/ Jennifer Ying

Jennifer Ying (#5550)
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200
jying@morrisnichols.com

*Attorneys for Plaintiff Wahoo Fitness L.L.C.*

November 18, 2022

## **CERTIFICATE OF SERVICE**

I hereby certify that on November 18, 2022, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

*/s/ Jennifer Ying*

Jennifer Ying (#5550)